IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09-CV-110 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| | : | |
| MISCELLANEOUS JEWELRY, | : | |
| VL $35,3224.00, et al. | | : |
| | : | |
| Defendants. | : | |

_____

**AGREED ORDER LIFTING STAY**

This matter is before the Court upon the United States' Motion To Lift Stay.

IT IS HEREBY ORDERED THAT:

The United States' Motion To Lift Stay is granted, and the Stay shall be lifted.

July 23, 2012               **\*s/THOMAS M. ROSE**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE


s/Pamela M. Stanek
PAMELA M. STANEK (0030155)
Assistant United States Attorney
Attorney for Plaintiff

s/L. Patrick Mulligan per facsimile authorization on 7/19/12
L. PATRICK MULLIGAN (0016118)
Attorney for Claimants, George and Brenda Richardson