**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09CV110 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| MISCELLANEOUS JEWELRY, VL: $35,324.00, et al. | : | |
| | : | |
| Defendants. | | |

**AGREED ORDER AND DECREE OF FORFEITURE**

It is hereby stipulated and AGREED by and between Plaintiff, United States of America and Claimants, GEORGE AND BRENDA RICHARDSON by and through their Counsel, L. Patrick Mulligan, that:

(1)  the following items of Defendant(1), Miscellaneous Jewelry, VL $35,324.00 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6):

- a.  Man's Baume & Mercier Watch, Serial Number N4685626;
- b.  Man's Movado Watch, Serial Number 955102;
- c.  Ladies' Diamond Tissot Watch, Serial Number 901001;
- d.  Man's Diamond Cluster Ring;
- e.  Man's Diamond Ring;
- f.  Two Tone Man's Diamond Ring;
- g.  Two Tone Gold Cross;
- h.  Ladies' Diamond Ring;
- i.  Ladies' Tone Gold "Classic" Geneve Watch, Serial Number 805432;
- j.  Ladies' Diamond Cluster Tennis Bracelet;
- k.  Ladies' Diamond Necklace;
- l.  Ladies' Diamond Tennis Bracelet;
- m.  Men's Gold "Classic" Geneve Watch, Serial Number 6449904; and
- n.  Gold Rope Chain;

(2)  the following items of Defendant (1), Miscellaneous Jewelry, VL $35,324.00 shall be returned to Claimants, GEORGE and BRENDA RICHARDSON through their attorney, L. Patrick Mulligan (see exhibit A attached hereto and incorporated herein) and more fully described as follows:

      a. Man's Cartier Watch, Serial No. 44PL06;
      b. Ladies' Diamond LeCoultre Watch, Serial No. 2283707; and
      c. Ladies' Diamond Nugget Tennis Bracelet;

(3) Defendant (2), 2003 Dodge Ram, VIN #1D7HU18N53J556239 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

(4) Defendant (3), Miscellaneous 2 Weapons which includes a Taurus PT92 AF 9mm Semi-automatic, Serial Number L10273 and Glock 17 9mm Semi-automatic, Serial Number CU750 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(11);

(5) Claimants, GEORGE AND BRENDA RICHARDSON, shall release any and all claims which they may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action;

(6) the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation;

(7) the Court will retain jurisdiction to enforce the terms of this Agreement; and

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the following items of Defendant(1), Miscellaneous Jewelry, VL $35,324.00 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6):

a. Man's Baume & Mercier Watch, Serial Number N4685626;
b. Man's Movado Watch, Serial Number 955102;
c. Ladies' Diamond Tissot Watch, Serial Number 901001;
d. Man's Diamond Cluster Ring;
e. Man's Diamond Ring;
f. Two Tone Man's Diamond Ring;
g. Two Tone Gold Cross;
h. Ladies' Diamond Ring;
i. Ladies' Tone Gold "Classic" Geneve Watch, Serial Number 805432;
j. Ladies' Diamond Cluster Tennis Bracelet;
k. Ladies' Diamond Necklace;
l. Ladies' Diamond Tennis Bracelet;
m. Men's Gold "Classic" Geneve Watch, Serial Number 6449904;
n. Gold Rope Chain;

(2) the following items of Defendant (1), Miscellaneous Jewelry, VL $35,324.00 shall be returned to Claimants, GEORGE and BRENDA RICHARDSON through their attorney, L. Patrick Mulligan:

a. Man's Cartier Watch, Serial No. 44PL06;

      b.      Ladies' Diamond LeCoultre Watch, Serial No. 2283707; and

      c.      Ladies' Diamond Nugget Tennis Bracelet.$7,100.00 in United States Currency;

    (3)    Defendant (2), 2003 Dodge Ram,VIN #1D7HU18N53J556239 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

    (4)    Defendant (3), Miscellaneous 2 Weapons which includes a Taurus PT92 AF 9mm Semi-automatic, Serial Number L10273 and Glock 17 9mm Semi-automatic, Serial Number CU750 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(11);

    (5)    any and all claims which Claimants, GEORGE and BRENDA RICHARDSON, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED;

    (6)    the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation;

    (7)    the Court will retain jurisdiction to enforce the terms of this Agreement; and

    (8)    this case is hereby TERMINATED on the docket.

May 2, 2013                              s/*Thomas M. Rose*

                                                        THOMAS M. ROSE
                                                        UNITED STATES DISTRICT COURT JUDGE

CARTER M. STEWART
United States Attorney

*s/Pamela M. Stanek*
s/Pamela M. Stanek
Assistant United States Attorney

*s/L. Patrick Mulligan per telephone authorization 4/23/13*
L. Patrick Mulligan
Attorney for Claimants George and Brenda Richardson