**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09CV110 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| MISCELLANEOUS JEWELRY, VL: $35,324.00, et al. | : | |
| | : | |
| Defendants. | | |

**AMENDED AGREED ORDER AND DECREE OF FORFEITURE**

It is hereby stipulated and AGREED by and between Plaintiff, United States of America and Claimants, GEORGE AND BRENDA RICHARDSON by and through their Counsel, L. Patrick Mulligan, that:

(1)  the following items of Defendant(1), Miscellaneous Jewelry, VL $35,324.00 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6):

  a. Man's Baume & Mercier Watch, Serial Number N4685626;
  b. Man's Movado Watch, Serial Number 955102;
  c. Ladies' Diamond Tissot Watch, Serial Number 901001;
  d. Man's Diamond Cluster Ring;
  e. Man's Diamond Ring;
  f. Two Tone Man's Diamond Ring;
  g. Two Tone Gold Cross;
  h. Ladies' Diamond Ring;
  i. Ladies' Tone Gold "Classic" Geneve Watch, Serial Number 805432;
  j. Ladies' Diamond Cluster Tennis Bracelet;
  k. Ladies' Diamond Necklace;
  l. Ladies' Diamond Tennis Bracelet;
  m. Men's Gold "Classic" Geneve Watch, Serial Number 6449904; and
  n. Gold Rope Chain;

(2)  the following items of Defendant (1), Miscellaneous Jewelry, VL $35,324.00 shall be returned to Claimants, GEORGE and BRENDA RICHARDSON through their attorney, L. Patrick Mulligan (see exhibit A attached hereto and incorporated herein) and more fully described as follows:

      a. Man's Cartier Watch, Serial No. 44PL06;
      b. Ladies' Diamond LeCoultre Watch, Serial No. 2283707; and
      c. Ladies' Diamond Nugget Tennis Bracelet;

(3) Defendant (2), 2003 Dodge Ram, VIN #1D7HU18N53J556239 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

(4) Defendant (3), Miscellaneous 2 Weapons which includes a Taurus PT92 AF 9mm Semi-automatic, Serial Number L10273 and Glock 17 9mm Semi-automatic, Serial Number CU750 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(11);

(5) Claimants, GEORGE AND BRENDA RICHARDSON, shall release any and all claims which they may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action;

(6) the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation;

(7) the Court will retain jurisdiction to enforce the terms of this Agreement; and

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the following items of Defendant(1), Miscellaneous Jewelry, VL $35,324.00 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6):

a. Man's Baume & Mercier Watch, Serial Number N4685626;
b. Man's Movado Watch, Serial Number 955102;
c. Ladies' Diamond Tissot Watch, Serial Number 901001;
d. Man's Diamond Cluster Ring;
e. Man's Diamond Ring;
f. Two Tone Man's Diamond Ring;
g. Two Tone Gold Cross;
h. Ladies' Diamond Ring;
i. Ladies' Tone Gold "Classic" Geneve Watch, Serial Number 805432;
j. Ladies' Diamond Cluster Tennis Bracelet;
k. Ladies' Diamond Necklace;
l. Ladies' Diamond Tennis Bracelet;
m. Men's Gold "Classic" Geneve Watch, Serial Number 6449904;
n. Gold Rope Chain;

(2) the following items of Defendant (1), Miscellaneous Jewelry, VL $35,324.00 shall be returned to Claimants, GEORGE and BRENDA RICHARDSON through their attorney, L. Patrick Mulligan:

a. Man's Cartier Watch, Serial No. 44PL06;

  b.  Ladies' Diamond LeCoultre Watch, Serial No. 2283707; and
  c.  Ladies' Diamond Nugget Tennis Bracelet.$7,100.00 in United States Currency;

  (3)  Defendant (2), 2003 Dodge Ram,VIN #1D7HU18N53J556239 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6);

  (4)  Defendant (3), Miscellaneous 2 Weapons which includes a Taurus PT92 AF 9mm Semi-automatic, Serial Number L10273 and Glock 17 9mm Semi-automatic, Serial Number CU750 shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(11);

  (5)  any and all claims which Claimants, GEORGE and BRENDA RICHARDSON, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED;

  (6)  the parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation;

  (7)  the Court will retain jurisdiction to enforce the terms of this Agreement; and

  (8)  this case is hereby TERMINATED on the docket.

                *s/Thomas M. Rose*

                _____
                THOMAS M. ROSE
                UNITED STATES DISTRICT COURT JUDGE


CARTER M. STEWART
United States Attorney


*s/Pamela M. Stanek*
s/Pamela M. Stanek
Assistant United States Attorney


*s/L. Patrick Mulligan per telephone authorization 4/23/13*
L. Patrick Mulligan
Attorney for Claimants George and Brenda Richardson